**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**
**Denver DIVISION**

| | | |
|---|---|---|
| In re:  TRACEY, JAYSON<br>TRACEY, KELLY ANN | §<br>§<br>§<br>§ | Case No. 16-10287 TBM |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/13/2016. The undersigned trustee was appointed on 01/13/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         4,437.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 20.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 1,041.28 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 3,375.72 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 05/27/2016 and the deadline for filing governmental claims was 07/11/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $848.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $848.93, for a total compensation of $848.93[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.72 for total expenses of $155.72[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/02/2016  By: /s/ Kevin P. Kubie
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 16-10287 TBM | Trustee Name: | (260310) Kevin P. Kubie |
|---|---|---|---|
| Case Name: | TRACEY, JAYSON<br>TRACEY, KELLY ANN | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| | | § 341(a) Meeting Date: | 02/16/2016 |
| For Period Ending: | 09/02/2016 | Claims Bar Date: | 05/27/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9504 Sand Myrtle Dr Colorado Springs, CO 80925 S<br>9504 Sand Myrtle Dr, Colorado Springs, CO 80925<br>Residence<br>Value $218500  -  Amount: 223195.00 | 218,500.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 20.00 | | 5.00 | FA |
| 3 | Deposits of money - : Navy Federal<br>Jayson Tracey | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : Navy Federal<br>Jayson Tracey | 0.52 | 0.52 | | 0.00 | FA |
| 5 | Deposits of money - : USAA<br>Jayson Tracey-Checkin | 0.78 | 0.78 | | 0.00 | FA |
| 6 | Deposits of money - : USAA<br>Kelly Tracey-Checking | 50.00 | 50.00 | | 0.00 | FA |
| 7 | Deposits of money - : Security Service Credit Un | 50.00 | 50.00 | | 0.00 | FA |
| 8 | Deposits of money - : Security Service Credit Un | 50.00 | 50.00 | | 0.00 | FA |
| 9 | Deposits of money - : Security Service FCU Acct | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money - : Security Service FCU Acct | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 16-10287 TBM | Trustee Name: | (260310) Kevin P. Kubie |
|---|---|---|---|
| Case Name: | TRACEY, JAYSON<br>TRACEY, KELLY ANN | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| | | § 341(a) Meeting Date: | 02/16/2016 |
| For Period Ending: | 09/02/2016 | Claims Bar Date: | 05/27/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Computer, bedroom furniture, living room furnitu<br>Exemption: Computer, bedroom furniture, living room furniture, TV x5, dishwasher, washer, dryer, vac. cleaner, microwave, silverware, pots and pans, recliner, coffee table, sofa 3 refrigerator, stove, kitchen table/ chairs, end table, lamp. AB-6.1  -  Amount: 940.00 | 940.00 | 0.00 | | 0.00 | FA |
| 12 | Wife's gold wedding ring 1000.00, husband's silv<br>,<br>husband's silver wedding band 20.00 AB-14.1  -  Amount: 1020.00 | 1,020.00 | 0.00 | | 0.00 | FA |
| 13 | Food and provisions | 150.00 | 0.00 | | 0.00 | FA |
| 14 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 15 | USAA auto insurance<br>full coverage | 1.00 | 1.00 | | 0.00 | FA |
| 16 | USAA Homeowners insurance<br>full coverage | 1.00 | 1.00 | | 0.00 | FA |
| 17 | 2007 GMC Yukon 130k mileage,<br>fair condit. Entire<br><br>2007 GMC Yukon 130k mileage, fair condition,<br>Value $15000  -  Amount: 15591.00 | 15,000.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

| Case No.: | 16-10287 TBM | Trustee Name: | (260310) Kevin P. Kubie |
|---|---|---|---|
| Case Name: | TRACEY, JAYSON<br>TRACEY, KELLY ANN | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| | | § 341(a) Meeting Date: | 02/16/2016 |
| For Period Ending: | 09/02/2016 | Claims Bar Date: | 05/27/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2004 Chey Impala, 160K miles,<br>fair condi. Entire<br>K miles, fair<br>condi AB-3.2 - Amount: 2172.00; Lien: 2004 Chey Impala, 160K miles, fair condition<br>Value $2172 - Amount: 4922.33 | 2,172.00 | 0.00 | | 0.00 | FA |
| 19 | 3 Year old Labrador and 9 year old Mixed breed d | 125.00 | 125.00 | | 0.00 | FA |
| 20 | 2015 Federal and State tax refunds (u) | 0.00 | 4,437.00 | | 3,281.00 | FA |
| 21 | Npn-exempt wages (u) | 0.00 | 109.72 | | 109.72 | FA |
| 21 | **Assets       Totals      (Excluding unknown values)** | **$238,380.30** | **$4,845.02** | | **$3,395.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

      7-15-16 sent in final report.

      6-9-16 portion of refund sent to debtor.  Prepare final report.

      4-28-16 e-mail to attorney for refunds and non-exempt assets of $3,395.72.

      2-23-16 sent in tax intercept.

      2-22-16 e-filed Stip for turn Over - 2015 Federal and State tax returns.

**Initial Projected Date Of Final Report (TFR):**      01/31/2017        **Current Projected Date Of Final Report (TFR):**     07/12/2016 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 4

| | |
|---|---|
| **Case No.:** 16-10287 TBM | **Trustee Name:** (260310) Kevin P. Kubie |
| **Case Name:** TRACEY, JAYSON<br>TRACEY, KELLY ANN | **Date Filed (f) or Converted (c):** 01/13/2016 (f)<br>**§ 341(a) Meeting Date:** 02/16/2016 |
| **For Period Ending:** 09/02/2016 | **Claims Bar Date:** 05/27/2016 |

09/02/2016
_____
Date

/s/Kevin P. Kubie
_____
Kevin P. Kubie

| | Exhibit B |
|---|---:|
| | Page: 1 |

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 16-10287 TBM | |
| Case Name: | TRACEY, JAYSON<br>TRACEY, KELLY ANN | |
| Taxpayer ID #: | **-***5121 | |
| For Period Ending: | 09/02/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Kevin P. Kubie (260310) | |
| Bank Name: | Rabobank, N.A. | |
| Account #: | ******3800 Checking | |
| Blanket Bond (per case limit): | $58,776,861.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/04/2016 | | US Treasury - IRS | | | 4,437.00 | | 4,437.00 |
| | {20} | | Tax Refunds $3,281.00 | 1224-000 | | | 4,437.00 |
| | {2} | | cash on hand $5.00 | 1129-000 | | | 4,437.00 |
| | {21} | | non-exempt wages $109.72 | 1229-000 | | | 4,437.00 |
| | | | Refund to Debtor $1,041.28 | 1290-000 | | | 4,437.00 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,427.00 |
| 06/09/2016 | 101 | Jayson Tracey and Kelly Ann Tracey | Refund of Exempt portion of Tax Refund | 8500-002 | | 1,041.28 | 3,385.72 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,375.72 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-10287 TBM | |
| **Case Name:** | TRACEY, JAYSON<br>TRACEY, KELLY ANN | |
| **Taxpayer ID #:** | **-***5121 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Kevin P. Kubie (260310) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $58,776,861.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 4,437.00 | 1,061.28 | $3,375.72 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 4,437.00 | 1,061.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,437.00** | **$1,061.28** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)         ! - transaction has not been cleared

| | Exhibit B |
|---|---|
| **Form 2** | Page: 3 |

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-10287 TBM | **Trustee Name:** | Kevin P. Kubie (260310) |
| **Case Name:** | TRACEY, JAYSON<br>TRACEY, KELLY ANN | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5121 | **Account #:** | ******3800 Checking |
| **For Period Ending:** | 09/02/2016 | **Blanket Bond (per case limit):** | $58,776,861.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3800 Checking | $4,437.00 | $1,061.28 | $3,375.72 |
| | **$4,437.00** | **$1,061.28** | **$3,375.72** |

| | |
|---|---|
| **09/02/2016** | /s/Kevin P. Kubie |
| Date | Kevin P. Kubie |

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-10287 TBM
Case Name: JAYSON TRACEY AND KELLY ANN
Trustee Name: Kevin P. Kubie

**Balance on hand:** $ 3,375.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15S | NAVY FEDERAL CREDIT UNION | 675.00 | 0.00 | 0.00 | 0.00 |
| 5 | AVENTA CREDIT UNION | 15,145.36 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,375.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kevin P. Kubie | 848.93 | 0.00 | 848.93 |
| Trustee, Expenses - Kevin P. Kubie | 155.72 | 0.00 | 155.72 |

Total to be paid for chapter 7 administrative expenses: $ 1,004.65
Remaining balance: $ 2,371.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,371.07

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,371.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,281.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK | 735.59 | 0.00 | 35.40 |
| 2 | MIDLAND FUNDING LLC | 581.76 | 0.00 | 27.99 |
| 3 | MIDLAND FUNDING LLC | 572.61 | 0.00 | 27.55 |
| 4 | MIDLAND FUNDING LLC | 918.33 | 0.00 | 44.18 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 820.44 | 0.00 | 39.47 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 1,251.88 | 0.00 | 60.23 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA | 1,357.24 | 0.00 | 65.30 |
| 9 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS RESURGENT CAPITAL SERVICES | 33.26 | 0.00 | 1.60 |
| 10 | NAVIENT SOLUTIONS, INC. DEPARTMENT OF EDUCATIONLOAN SERVICES | 12,637.36 | 0.00 | 608.02 |
| 11 | ARMY & AIR FORCE EXCHANGE SERVICES C/O BASS & ASSOCIATES, P.C. | 3,995.80 | 0.00 | 192.25 |
| 12 | ARMY & AIR FORCE EXCHANGE SERVICES C/O BASS & ASSOCIATES, P.C. | 1,590.61 | 0.00 | 76.53 |
| 13 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 554.14 | 0.00 | 26.66 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC | 3,407.39 | 0.00 | 163.94 |
| 15U | NAVY FEDERAL CREDIT UNION | 2,813.03 | 0.00 | 135.34 |
| 16 | NAVY FEDERAL CREDIT UNION | 7,362.80 | 0.00 | 354.25 |
| 17 | NAVY FEDERAL CREDIT UNION | 7,258.27 | 0.00 | 349.22 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,491.55 | 0.00 | 71.76 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,310.39 | 0.00 | 63.05 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | COMENITY CAPITAL BANK PAYPAL CREDITC O WEINSTEIN AND RILEY, PS | 588.85 | 0.00 | 28.33 |

| | | | |
|---|---:|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | | 2,371.07 |
| Remaining balance: | $ | | 0.00 |

 Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

 Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

| | | | |
|---|---:|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

| | | | |
|---|---:|---:|---:|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**